**FILED**

April 21, 2005

Clerk, U. S. District Court
Eastern District of California

By /s/ R. Balli
    Deputy Clerk

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

DIRECTV, INC., a California Corporation

        Plaintiff,

  vs.

DAVID WILBOURN

        Defendant.

**DEFAULT JUDGMENT**

**1:04-CV-5770 AWI DLB**

DEFAULT JUDGMENT IS HEREBY ENTERED in favor of the **DIRECTV, INC.** and against the **DAVID WILBOURN** in the amount of $ $10,000.00 and attorney's fees in the amount of $3,762.50.

Date: April 21, 2005

                JACK L. WAGNER, Clerk

                /s/ R. Balli
                By R. Balli, Deputy Clerk